## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**GANNETT SATELLITE INFORMATION
NETWORK, LLC D/B/A USA TODAY**
  7950 Jones Branch Drive
  McLean, VA 22108

  **Plaintiff,**

  **v.**

**FOOD AND DRUG ADMINISTRATION**
  Division Of Freedom Of Information
  Office of the Executive Secretariat, OC
  5630 Fishers Lane, Room 1035
  Rockville, MD 20857

  **Defendant.**

**Case No.** 22-cv-1188

## COMPLAINT

Plaintiff Gannett Satellite Information Network, LLC d/b/a USA Today ("USA Today") by its undersigned attorneys, alleges as follows:

## INTRODUCTION

1.      This is an action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*., seeking the release of agency records from the Food and Drug Administration ("FDA").

2.      Through this action, USA Today seeks to compel FDA to release communications and documents regarding Vivera Pharmaceuticals, Inc. ("Vivera") and its Emergency Use Authorization ("EUA") applications for Vivera's COVID-19 antibody tests and FDA's subsequent denial of and/or Vivera's withdrawal of those applications. USA Today seeks these records to defend a lawsuit brought by Vivera against USA Today regarding USA Today's reporting on Vivera's COVID-19 antibody tests.

3.      On June 8, 2021, Matthew Kelley, one of the undersigned counsel, requested records on behalf of USA Today from FDA.  To date, despite its efforts to elicit the records or any substantive agency response, USA Today has not received any determination regarding any of its three requests.  The agency's failure to provide any timely response is a violation of FDA's duties pursuant to FOIA.  As a matter of law, FDA should be required to fulfill its statutory obligations and release the requested records immediately.

## PARTIES

4.      Plaintiff Gannett Satellite Information Network, LLC d/b/a USA Today is part of the largest local-to-national digital media organization in the country and is organized under the laws of Delaware with its principal place of business in McLean, Virginia.  The USA Today Network of publications employs approximately 4,200 journalists and its affiliated news outlets have collectively won more than ninety Pulitzer Prizes.

5.      Defendant FDA is an agency of the federal government.  It has possession, custody and/or control of the records that USA Today seeks.  FDA is located at 5630 Fishers Lane, Rockville, MD 20857.

## JURISDICTION AND VENUE

6.      This action arises under FOIA. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B).

7.      Venue is proper in this judicial district under 5 U.S.C. § 552(a)(4)(B).

## FACTUAL ALLEGATIONS

8.      The Freedom of Information Act "focuses on the citizens' right to be informed about 'what their government is up to'" by fostering the release of "[o]fficial information that

sheds light on an agency's performance of its statutory duties." *DOJ v. Reporters Comm. for Freedom of the Press*, 489 U.S. 749, 750, 773 (1989). "[D]isclosure, not secrecy, is the dominant objective" of FOIA. *Dep't of Interior v. Klamath Water Users Protective Ass'n*, 532 U.S. 1, 8 (2001).

9.      USA Today seeks this information in connection with litigation in *Vivera Pharmaceuticals, Inc. v. Gannett Co., Inc., et al.*, No. CL-2020-14458 (Va. Cir. Ct. Fairfax Cnty.) (the "Vivera Litigation").

10.     Vivera sued USA Today, its parent companies, its journalists, and its executives for defamation based on a June 2020 USA Today article regarding companies including Vivera that were producing antibody tests for COVID-19 under an FDA policy allowing for distribution of such tests prior to issuance of an EUA.[1]

11.     The discovery period in the Vivera Litigation closes on November 19, 2022 and Plaintiff seeks the requested records to aid in its defense.

---

[1] See David Heath, Donovan Slack & Kevin McCoy, *Inexperienced, dubious companies on FDA list to sell coronavirus antibody tests*, USA Today (June 2, 2020), https://www.usatoday.com/in-depth/news/investigations/2020/06/02/coronavirus-antibody-tests-include-some-dubious-inexperienced-firms/5269266002/.

12.     Plaintiff brings this suit in lieu of filing a third-party subpoena to FDA because state-court subpoenas to federal agencies are unenforceable due to sovereign immunity.   *See, e.g.*, *Voyles v. Smithkline Beecham Corp. (In re Collins)*, 524 F.3d 249, 251 (D.C. Cir. 2008). FDA's staff manual instructs that "[a] state subpoena for records will be denied and converted to a FOIA request by FOI Staff and will be answered in accordance with the Freedom of Information Act (FOIA)." *Requests for Testimony of FDA Personnel in Non-FDA Proceedings*, FDA Staff Manual Guide 2127.2 (Vol. 3, Oct. 18, 2021), at 3, 5, https://www.fda.gov/media/80944/download.

### THE REQUEST

13.     On June 8, 2021, Mr. Kelley, on behalf of his client USA Today, sent a FOIA request to FDA seeking all records relating to Vivera's EUA applications and FDA's subsequent removal of Vivera's tests from its list of tests being distributed pending approval of EUAs. Specifically, the request sought:

- All records concerning or related to the Emergency Use Authorization application by Vivera Pharmaceuticals, Inc. for its "COVID-19 Rapid Test Kit."

- All records concerning or related to the Emergency Use Authorization application by Vivera Pharmaceuticals, Inc. for its "COVx-RT Test."

- All records concerning or related to the removal of Vivera Pharmaceuticals' COVx-RT test from the FDA's notification list for COVID-19 antibody tests and the withdrawal of Vivera Pharmaceuticals' COVID-19 Rapid Test from that list, as noted at https://www.fda.gov/medical-devices/coronavirus-covid-19-and-medical-devices/removal-lists-tests-should-no-longer-be-used-andor-distributed-covid-19-faqs-testing-sars-cov-2.[2]

---

[2] The FDA no longer posts COVID-19 removal lists online and this link now redirects to the FDA FAQ page. Pursuant to the FDA's November 15, 2021 *Policy for Coronavirus Disease-2019 Tests*, it "does **not** intend to maintain the removal list of tests that should no longer be used and/or distributed for COVID-19." *See Notifications and Emergency Use Authorizations: FAQs on Testing for SARS-CoV2*, U.S. Food & Drug Administration, https://www.fda.gov/medical-devices/coronavirus-covid-19-and-medical-devices/notifications-and-emergency-use-authorizations-faqs-testing-sars-cov-2.   Upon information and belief, a true and correct version

- All communications with any employee or agent of Vivera Pharmaceuticals, Inc. from January 1, 2020 to the present.

- All records provided to Vivera Pharmaceuticals, Inc. in response to FOIA Request No. 2020-4645, for records including materials related to FDA inspections of Vivera facilities in May and June 2019.

- To the extent not subject to any of the requests above, all records concerning or relating to any inspection, investigation or enforcement action, whether or not completed and whether or not it resulted in any action taken, involving Vivera Pharmaceuticals, Inc. or its principal, Paul Edalat.

A true and correct copy of this request (the "Request"), which was assigned tracking number 2021-3789, is attached hereto as Exhibit 1.

14.     Pursuant to FOIA, an agency must make and communicate to the requester its determination regarding a request within 20 working days, or within 30 working days if it can show "unusual circumstances." *See* 5 U.S.C. § 552(A)(6)(A)(i) & (a)(6)(B)(i). A requester is deemed to have exhausted their administrative remedies and may file suit if the agency misses the deadline to make and communicate its determination. 5 U.S.C. § 552(a)(6)(C)(i).

15.     The deadline to communicate a determination regarding the Request expired on July 8, 2021. Still, FDA has not communicated a determination regarding this request to date.

16.     In an effort to avoid litigation, Margaret Strouse on behalf of Plaintiff's counsel contacted FDA via phone and email more than ten times regarding the Request. On March 8, 2022, Nikita Steward, a Center for Devices and Radiological Health ("CDRH") Government Information Specialist in the FDA's Division of Information Disclosure ("DID"), replied to counsel's email requesting a status update on the Request. Ms. Steward stated "CDRH currently

---

of FDA's removal list of COVID-19 tests as of November 9, 2021 can be accessed via the Internet Archive Wayback Machine at:
https://web.archive.org/web/20211109221140/https://www.fda.gov/medical-devices/coronavirus-covid-19-and-medical-devices/removal-lists-tests-should-no-longer-be-used-andor-distributed-covid-19-faqs-testing-sars-cov-2.

has an extensive backlog" and "Requests are currently taking longer than usual for processing (18-24mths)." A true and correct copy of that email is included in Exhibit 2 attached hereto.

17.     On March 8, 2022, Ms. Strouse sent an email asking for FDA's estimated time of completion of the Request. On March 11, 2022, Candace Boston, FDA CDRH Director of DID, responded that "[t]here are 106 requests ahead of your request" and that "[w]e expect your request to be completed within 6-9 months." A true and correct copy of that email is in Exhibit 2 attached hereto.

18.     Although Ms. Strouse, on behalf of Plaintiff's counsel, has attempted to obtain an updated estimate on the Request completion, to date, neither she nor Plaintiff's counsel has received any further response from Ms. Boston or FDA.

19.     USA Today therefore has exhausted its administrative remedies regarding the Request pursuant to 5 U.S.C. § 552(a)(6)(C)(i).

## CLAIM FOR RELIEF

**(Declaratory and Injunctive Relief:
Violation of the Freedom of Information Act, 5 U.S.C. § 552)**

20.     FDA is an agency subject to FOIA, 5 U.S.C. § 552(f), and therefore must disclose in response to a FOIA request all responsive records in its possession at the time of the request that are not specifically exempt from disclosure under FOIA, and must provide a lawful reason for withholding any records (or portions thereof) as to which they are claiming an exemption.

21.     The records requested in the Request, described herein and attached hereto as Exhibit 1, are subject to release pursuant to FOIA.

22.     FDA's failure to comply with its statutory duties and timely disclose the records sought by the Request is a constructive denial of these requests and violates FOIA, 5 U.S.C. § 552(a)(3)(A).

## REQUEST FOR RELIEF

WHEREFORE, USA Today respectfully requests that this Court:

A.  Expedite consideration of this Complaint pursuant to 28 U.S.C. § 1657;

B.  Declare that the records sought by the Request, as more particularly described above, are public records pursuant to FOIA and must be disclosed;

C.  Order FDA to provide the requested records to USA Today, including electronic copies of records stored in electronic format, within 10 business days of the Court's order;

D.  Award USA Today the costs of this proceeding, including its reasonable attorneys' fees pursuant to 5 U.S.C. § 552(a)(4)(E); and

E.  Grant USA Today such other and further relief as this Court deems just and proper.

Dated: April 29, 2022          Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Chad R. Bowman*
Chad R. Bowman (Bar No. 484150)
Matthew E. Kelley (Bar No. 1018126)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 508-1112
Fax: (202) 661-2299
bowmanchad@ballardspahr.com
kelleym@ballardspahr.com

*Counsel for Plaintiff Gannett Satellite Information Network LLC d/b/a USA Today*