UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GANNETT SATELITTE INFORMATION NETWORK, LLC D/B/A USA TODAY<br><br>Plaintiff,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-cv-1188<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's August 22, 2022 Minute Order, the parties, by and through counsel, hereby respectfully submit this Joint Status Report. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, in which Plaintiff Gannett Satellite Information Network, LLC D/B/A USA Today ("USA Today") seeks communications and documents regarding Vivera Pharmaceuticals, Inc. ("Vivera") and its Emergency Use Authorization ("EUA") applications for Vivera's COVID-19 antibody tests and FDA's subsequent denial of and/or Vivera's withdrawal of those applications. Plaintiff seeks these records to defend a lawsuit brought by Vivera against USA Today regarding USA Today's reporting on Vivera's anti-body tests. Plaintiff filed its complaint on April 29, 2022 (ECF No. 1), and Defendant filed its answer on July 6, 2022. (ECF No. 7). The status of Defendant's searches and records processing and a proposed schedule for proceeding is below.

## STATUS OF PLAINTIFF'S FOIA REQUEST

**A. June 8, 2021 FOIA Request**

Plaintiff's June 8, 2021 FOIA request is comprised of six interrelated requests. The first four categories of records sought by Plaintiff in the FOIA request are as follows:

1. All records concerning or related to the EUA Application by Vivera for its 'COVID-19 Rapid Test Kit.'

2. All records concerning or related to the EUA application by Vivera for its 'COVx-RT Test.'

3. All records concerning or related to the removal of Vivera's COVx-RT test from the FDA's notification list for COVID-19 antibody tests and the withdrawal of Vivera's COVID-19 Rapid Test from that list, as noted at https://www.fda.gov/medical-devices/coronavirus-covid-19-and-medical-devices/removal-lists-tests-should-no-longer-be-used-andordistributed-covid-19-faqs-testing-sars-cov-2.

4. All communications with any employee or agent of Vivera from January 1, 2020 to the present.

With respect to the first four parts of Plaintiff's FOIA request, the Center for Devices and Radiological Health ("CDRH") has completed its search of records and has identified 1,482 pages of potentially responsive records. CDRH began producing responsive records on August 30, 2022.

In the fifth category of the FOIA request, Plaintiff sought "all records provided to Vivera in response to FOIA Request No. 2020-4645, for records including materials related to FDA inspections of Vivera facilities in May and June 2019." Defendant issued a response to this portion of the request via email to Plaintiff on June 13, 2022, producing two documents and indicating that Defendant found no other records responsive to this portion of the request.

Finally, in the sixth category of the request, Plaintiff requested "to the extent not subject to any of the requests above, all records concerning or relating to any inspection, investigation or

enforcement action, whether or not completed and whether or not it resulted in any action taken, involving Vivera or its principal, Paul Edalat." Given the wide range of records that would be potentially responsive to the sixth category of the request, Defendant proposes limiting the timeframe of the request to any records concerning inspections, investigations, or enforcement actions that occurred from January 2020 until present.

### RELEASE OF DOCUMENTS REQUESTED BY PLAINTIFF

As set forth above, Defendant partially denied the fifth category of Plaintiff's FOIA request on June 13, 2022. Defendant produced 571 responsive documents on August 30, 2022. Defendant will continue producing at least 500 pages every 30 days on a rolling basis until Defendant has produced every responsive record not subject to an appropriate withholding.

The parties have agreed that Defendant will not a make a September production. Instead, Defendant will produce 1000 pages by October 31, 2022. Defendant will also make another production by November 11, 2022 of as many pages as feasible to ensure that Plaintiff receives as many records as possible prior to the close of discovery in their ongoing litigation with Vivera Pharmaceuticals.

### *OPEN AMERICA* STAY

Defendant does not anticipate seeking a stay under *Open America* at this time.

### *VAUGHN INDEX*/BRIEFING SCHEDULE

In light of the case's current posture, the parties believe that it is too early to know whether it will be necessary for Defendant to prepare a *Vaughn* index or to brief dispositive motions because FDA has neither completed its review of all potentially responsive records for the FOIA request nor produced all responsive records to Plaintiff. While Defendant processes responsive

records and after Defendant makes its final release determinations for the FOIA request, counsel for Plaintiff and Defendant will confer in good faith and attempt to resolve or narrow any issues.

## **NEXT JOINT STATUS REPORT**

The parties respectfully propose that they submit another Joint Status Report on October 21, 2022 to update the Court on the status of Plaintiff's FOIA request and proposed dates for processing and production.

*   *   *

Dated: September 21, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ Stephen DeGenaro_____
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7229
stephen.degenaro@usdoj.gov

*Attorneys for Defendant*


BALLARD SPAHR

By: _____/s/ Matthew Kelly (with permission)_____
Matthew E. Kelley (Bar No. 1018126)
Chad R. Bowman (Bar No. 484150)
1909 K Street, NW, 12th Floor
Washington, DC 200006
Tel: (202) 508-1112
Fax: (202) 661-2299
kelleym@ballardspahr.com
bowmanchad@ballardspahr.com

*Attorneys for Plaintiff*